NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Peter R. Dion-Kindem (SBN 95267)
Peter R. Dion-Kindem, P.C.
Dion-Kindem & Crockett
21271 Burbank Blvd., Suite 100
Woodland Hills, CA 91367
Telephone: 818-883-4400
Fax: 818-676-0246

FILED
12 JAN 25 PM 12:46
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

ATTORNEYS FOR: Plaintiff Barry Rosen

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barry Rosen<br><br>Plaintiff(s),<br><br>v.<br><br>Netfronts, Inc., Stephen E. Pierson, doing business as DejaVu Collectors Gallery and DejaVu Enterprises, Inc., a suspended corporation, and Does 1 through 10<br>Defendant(s) | CASE NUMBER:<br>CV12-00658 (AS)(FFMx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff Barry Rosen
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Barry Rosen | Plaintiff |
| Netfronts, Inc., Stephen E. Pierson, doing business as DejaVu Collectors Gallery and DejaVu Enterprises, Inc., a suspended corporation, and Does 1 through 10 | Defendants |

_____        _____
Date                                          Sign

Digitally signed by Peter R. Dion-Kindem
DN: cn=Peter R. Dion-Kindem, o=Peter R. Dion-Kindem, P.C., ou, email=peter@dkclaw.com, c=US
Date: 2012.01.24 14:53:03 -08'00'

Peter R. Dion-Kindem, Attorney for Plaintiff Barry Rosen
Attorney of record for or party appearing in pro per

CV-30 (04/10)                        NOTICE OF INTERESTED PARTIES