UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

## CIVIL MINUTES - GENERAL

| Case No. | CV 12-658 CAS (FFMx) | Date | April 16, 2013 |
|---|---|---|---|
| Title | BARRY ROSEN V. NETFRONTS, INC. ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants

Not Present                                          Not Present

**Proceedings:**     (In Chambers:) DEFENDANT'S EX PARTE APPLICATION TO COMPEL DEPOSITION OF BARRY ROSEN

     On March 14, 2013, defendant Stephen Perison ("Perison") filed an ex parte application to reopen discovery and compel the deposition of plaintiff Barry Rosen ("Rosen") within the next thirty days.  The fact discovery cut-off is currently set at January 15, 2013, and plaintiff's deposition has not yet been taken in this case.  Trial is currently scheduled for June 4, 2013.

     Defendant has made several attempts to depose plaintiff during the course of this case, but for varying reasons not entirely due to the fault of defendant, the parties were not able to reach an agreement concerning what date plaintiff would appear to be deposed.  See Hirschman Decl. ¶¶ 3 – 12.  Most recently, defendant noticed plaintiff's deposition for January 14, 2013, but plaintiff failed to appear.  See Hirschman Decl. ¶ 12.

     There is no evidence that defendant has been dilatory or has failed to depose plaintiff in bad faith.  Moreover, although plaintiff responded to defendant's instant ex parte application, plaintiff has not argued that he would suffer any undue prejudice if he were to be deposed within the next thirty days.  The Court therefore finds that defendant's request should be granted.  Accordingly, the Court hereby ORDERS that the scheduling order in this case be modified solely to permit defendant to take plaintiff's deposition within the next thirty days.

     IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |