UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

## CIVIL MINUTES - GENERAL

| Case No. | CV 12-658 CAS (FFMx) | Date | May 23, 2013 |
|---|---|---|---|
| Title | BARRY ROSEN V. NETFRONTS, INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS): DEFENDANT'S EX PARTE APPLICATION FOR SANCTIONS (Docket #55, filed May 23, 2013)

Defendant Stephen Pierson has moved for sanctions due to plaintiff's failure to appear for a deposition. Pursuant to the Court's April 16, 2013 order, plaintiff's deposition was to take place at some point within the thirty days following April 16, 2013. On May 13, 2013, counsel for the parties stipulated in Court that plaintiff's deposition would take place on May 17, 2013.

On May 17, 2013, plaintiff appeared for a deposition. Shem-Tov Decl. ¶ 6. Shortly after the deposition began, however, plaintiff claimed that he could not continue due to a medical problem. Consequently, the parties rescheduled the deposition for May 20, 2013. However, on the morning of May 20, 2013, plaintiff's counsel notified defendant that plaintiff could not appear for the deposition due to a medical problem, and plaintiff's counsel suggested that the deposition be rescheduled for May 23, 2013. Id. ¶¶ 7 – 8. The next day plaintiff's counsel stated that, under doctor's orders, plaintiff could not attend the May 23, 2013 deposition, but offered no alternative date. Id. ¶ 11.

In light of plaintiff's repeated failure to appear for a deposition, the Court hereby ORDERS plaintiff to appear for a deposition at the offices of defendant's counsel on **May 30, 2013** at **9:00 AM**. If plaintiff fails to appear, the Court may enter terminating and other monetary sanctions against plaintiff.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |