UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

## CIVIL MINUTES - GENERAL

| Case No. | CV 12-658 CAS (FFMx) | Date | June 10, 2013 |
|---|---|---|---|
| Title | BARRY ROSEN V. NETFRONTS INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants

Not Present                                              Not Present

**Proceedings:**   (IN CHAMBERS): EX PARTE APPLICATION TO DISMISS CASE OR, ALTERNATIVELY, TO CONTINUE TRIAL (Docket #63, filed June 3, 2013)

On May 31, 2013, the Court ordered plaintiff to appear for a deposition at the offices of defendant's counsel on June 3, 2013. Prior to the Court's order, plaintiff had failed to appear at several depositions, or appeared in a condition in which he did not feel he could provide accurate testimony due to pain, illness, or the influence of medication. See Dkt. #62.

On June 3, 2013, plaintiff appeared for a deposition, and provided testimony for six hours. Additionally, plaintiff provided an affidavit from his treating physician explaining that plaintiff has a condition that causes severe pain. Given that plaintiff has produced an affidavit justifying his inability to answer questions at earlier depositions, and given that plaintiff provided deposition testimony on June 3, 2013, the Court finds that defendant has not made a sufficient showing justifying the imposition of terminating sanctions. Accordingly, defendant's request for terminating is hereby DENIED.

Defendant has also asked that the Court delay the commencement of trial until June 11, 2013. Due to scheduling conflicts on the Court's docket, trial in this action will not commence prior to June 11, 2013. Defendant's request is therefore DENIED as moot.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |