Shalem Shem-Tov (SBN 257243)
NETZAH & SHEM-TOV, INC.
16601 Ventura Blvd., 4th Floor
Encino, CA 91436
Telephone: (818) 995-4200
Facsimile: (818) 783-6775
Email: shalem@netshemlaw.com

Attorneys for Defendant,
STEPHEN PIERSON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN,<br><br>               Plaintiff,<br><br>     vs.<br><br>NETFRONTS, INC., STEPHEN PIERSON, et al.<br><br>           Defendants. | **Case No.: 2:12-cv-00658-CAS-FFM**<br>[Hon. Christina A. Snyder]<br><br>**STIPULATION RE WAIVER OF JURY**<br><br>Trial Date: June 13, 2013 |

**IT IS HEREBY STIPULATED** that each of the parties hereto has waived his/its respective right to a jury trial, and is agreeable to proceed with a bench trial.

Dated: June 12, 2013     THE DION-KINDEM LAW FIRM

                             By:   s/ Peter R. Dion-Kindem
                                   Peter R. Dion-Kindem, P.C.
                                   Peter R. Dion-Kindem,
                                   Attorneys for Plaintiff  Barry Rosen

Dated: June 12, 2013     NETZAH & SHEM-TOV, INC.

                             By:   s/ Shalem Shem-Tov
                                     SHALEM SHEM-TOV
                                   Attorneys for Defendants Stephen
                                   Pierson, doing business as DejaVu
                                   Collectors Gallery and DejaVu
                                   Enterprises, Inc., a suspended
                                   corporation

NETZAH & SHEM-TOV, INC.
16601 Ventura Blvd., 4th Floor – Encino, CA 91436
(818) 995-4200 – (818) 783-6775 FAX

- 1 -