UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-658-CAS(FFMx) | Date | June 12, 2013 |
|---|---|---|---|
| Title | *BARRY ROSEN v. NETRFONTS, INC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS): STIPULATION RE: WAIVER OF JURY (Filed 06/12/2013)[]

   The Court is in receipt of the parties' Stipulation re: Waiver of Jury filed June 12, 2013. The Court hereby grants the parties' Stipulation re: Waiver of Jury and the parties will proceed with their trial to the Court on June 13, 2013 at 10:00 A.M.

   IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |