UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CV12-658-CAS(FFMx) | Date | June 13, 2013 |
| Title: | *BARRY ROSEN v. NETFRONTS, INC.; ET AL.* | | |

Present: The Honorable   CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE

| Catherine M. Jeang | Mary Rickey |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
| Peter Dion-Kindem | Shalem Shem-Tov |

1ST ____ Day Court Trial    ____ Day Jury Trial

____ One day trial:   X  Begun (1st day);   ____ Held & Continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

X  Opening statements made by   Plaintiff and Defendants

X  Witnesses called, sworn and testified.   X  Exhibits identified.   X  Exhibits admitted.

X  Plaintiff(s) rest.   X  Defendant(s) rest.

X  Closing arguments made by   X  plaintiff(s)   X  defendant(s).   ____ Court instructs jury.

____ Bailiff(s) sworn.   ____ Jury retires to deliberate.   ____ Jury resumes deliberations.

____ Jury Verdict in favor of   ____ plaintiff(s)   ____ defendant(s) is read and filed.

____ Jury polled.   ____ Polling waived.

X  Filed Witness & Exhibit Lists   ____ Filed jury notes.   ____ Filed jury instructions.

____ Judgment by Court for _____   ____ plaintiff(s)   ____ defendant(s).

____ Findings, Conclusions of Law & Judgment to be prepared by   ____ plaintiff(s)   ____ defendant(s).

X  Case submitted.   ____ Briefs to be filed by _____

____ Motion to dismiss by _____ is ____ granted. ____ denied. ____ submitted.

____ Motion for mistrial by _____ is ____ granted. ____ denied. ____ submitted.

____ Motion for Judgment/Directed Verdict by _____ is ____ granted. ____ denied. ____ submitted.

____ Settlement reached and placed on the record.

X  Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____ Trial subpoenaed documents returned to subpoenaing party.

____ Case continued to _____ for further trial/further jury deliberation.

____ Other:

04 : 13

Initials of Deputy Clerk   CMJ