# LIST OF EXHIBITS AND WITNESSES

| Case Number | CV12-658-CAS(FFMx) | Title | BARRY ROSEN v. NETFRONTS, INC.; ET AL. |
|---|---|---|---|
| Judge | Christina A. Snyder | | |
| Dates of Trial or Hearing | ~~06/12/2013;~~ 06/13/2013; ~~06/14/2013;~~ | | |
| Court Reporters or Tape No. | ~~Laura Elias~~ Mary Rickey | | |
| Deputy Clerks | Catherine M. Jeang | | |

FILED
CLERK, U.S. DISTRICT COURT
JUN 13 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Peter Dion-Kindem | Shalem Shem-Tov |

| Plaintiff(s) or Petitioner(s) ||| Defendant(s) or Respondent(s) ||| EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| 1A | 6/13/13 | 6/13/13 | — | — | — | 4 Original Slides | |
| 65 | 6/13/13 | 6/13/13 | — | — | — | 2 Page Certificate of Status for DejaVu.com | |
| 66 | 6/13/13 | 6/13/13 | — | — | — | 2 Page Certificate of Status for | |
| | | | 116A | 6/13/13 | 6/13/13 | Photo | |
| | | | 117A | 6/13/13 | 6/13/13 | Brochure | |

G-65 (03/07)    LIST OF EXHIBITS AND WITNESSES    Page ___ of ___

| Exh. No. | | Description | Objection | Response | Date Mk'd | Date Adm'd |
|---|---|---|---|---|---|---|
| 1 | II | Copyright Registrations & Photos | | | JUN 1 3 2013 | JUN 1 3 2013 |
| 2 | II | October 2010 DMCA Notice & Website Postings | | | JUN 1 3 2013 | JUN 1 3 2013 |
| 3 | II | Dec 19, 2010 DMCA Notice & Website Postings | | | JUN 1 3 2013 | JUN 1 3 2013 |
| 4 | II | Dec 28, 2010 DMCA Notice & Catalog posting excerpt | | | JUN 1 3 2013 | JUN 1 3 2013 |
| 5 | II | Sept 3, 2011 DMCA Notice & Website Postings | | | JUN 1 3 2013 | JUN 1 3 2013 |
| 6 | II | Dec 8 2001 Notice to Ebay | | | JUN 1 3 2013 | JUN 1 3 2013 |
| 7 | II | Feb 15, 2002 Notice to Ebay | | | JUN 1 3 2013 | JUN 1 3 2013 |
| 8 | II | Email RE other rights infringments & termination | | | JUN 1 3 2013 | JUN 1 3 2013 |
| 9 | II | Ebay website confirming termination in Feb 2002 | | | JUN 1 3 2013 | JUN 1 3 2013 |
| 10 | II | Winter 2002 Catalog Excerpt | | | | |
| 11 | II | Photos On Dejavu website in June 2004 re 1st Notice | | | | |
| 12 | II | June 2004 1st TW notice | | | JUN 1 3 2013 | JUN 1 3 2013 |
| 13 | II | TW Correspondence | | | | |
| 14 | II | TW Correspondence | | | JUN 1 3 2013 | |

**Joint Exhibit List**

2

| Exh. No. | | Description | Objection | Response | Date Mk'd | Date Adm'd |
|---|---|---|---|---|---|---|
| 15 | 11 | TW Correspondence | | | | |
| 16 | 11 | TW Correspondence | | | | |
| 17 | 11 | TW Correspondence | | | | |
| 18 | 11 | TW Correspondence | | | | |
| 19 | 11 | TW Correspondence | | | | |
| 20 | 11 | TW Correspondence | | | | |
| 21 | 11 | TW Correspondence | | | | |
| 22 | 11 | TW Correspondence | | | | |
| 23 | 11 | Reposting August 2004 | | | | |
| 24 | 11 | August 2004 2nd TW notice | | | JUN 1 3 2013 | JUN 1 3 2013 |
| 25 | 11 | TW Correspondence | | | | |
| 26 | 11 | TW Correspondence | | | | |
| 27 | 11 | TW Correspondence | | | | |
| 28 | 11 | TW Correspondence | | | | |
| 29 | 11 | TW Correspondence | | | | |
| 30 | 11 | December 2004 3rd TW notice | | | JUN 1 3 2013 | JUN 1 3 2013 |
| 31 | 11 | December 2004 3rd TW notice digital copy | | | | |
| 32 | 11 | TW Correspondence | | | | |

**Joint Exhibit List**

3

| Exh. No. | | Description | Objection | Response | Date Mk'd | Date Adm'd |
|---|---|---|---|---|---|---|
| 33 | II | TW Correspondence | | | | |
| 34 | II | Website 1 offline 2005 | | | | |
| 35 | II | Website 2 offline 2005 | | | | |
| 36 | II | 2002 Amazon Notice (Showing Catalog 31) | | | JUN 1 3 2013 | |
| 37 | II | Catalog 38 (2007) Excerpt | | | | |
| 38 | II | February 3, 2012 DMCA Notice & Website Postings | | | | |
| 39 | II | Pierson print copy production 1 | | | | |
| 40 | II | Pierson print copy production 2 | | | | |
| 41 | II | Gena Lee Nolin Signature | | | | |
| 42 | II | Invoices showing relative values | | | | |
| 43 | II | Pierson Rule 26 disclosures | | | | |
| 44 | II | Pierson Rog Answers | | | JUN 1 3 2013 | |
| 45 | II | Pierson DFP Answers | | | JUN 1 3 2013 | |
| 46 | II | Pierson SJ Declaration | | | JUN 1 3 2013 | |
| 47 | II | Pierson Correspondence | | | JUN 1 3 2013 | JUN 1 3 2013 |
| 48 | II | Pierson Correspondence | | | | |
| 49 | II | Pierson Correspondence | | | | |
| 50 | II | Pierson Correspondence | | | | |

**Joint Exhibit List**

4

| Exh. No. | | Description | Objection | Response | Date Mk'd | Date Adm'd |
|---|---|---|---|---|---|---|
| 51 | Π | Pierson Suppl Rog Answers | | | JUN 1 3 2013 | |
| 52 | Π | Pierson Suppl DFP Answers | | | | |
| 53 | Π | Pierson Correspondence | | | | |
| 54 | Π | Pierson Correspondence | | | | |
| 55 | Π | Kredenser Declaration | | | | |
| 56 | Π | SJ Hearing Transcript Excerpt | | | | |
| 57 | Π | Other Catalog Excerpts | | | | |
| 58 | Π | [reserved] | | | | |
| 59 | Π | [reserved] | | | | |
| 60 | Π | [reserved] | | | | |
| 61 | Π | [reserved] | | | | |
| 62 | Π | [reserved] Defendant's Answer | | | JUN 1 3 2013 | JUN 1 3 2013 |
| 63 | Π | [reserved] | | | JUN 1 3 2013 | JUN 1 3 2013 |
| 64 | Π | [reserved] 1 Page of Deja Vu.com website | | | JUN 1 3 2013 | JUN 1 3 2013 |
| 100 | Δ | First Request for Production of Documents by Defendant Stephen E. Pierson to Plaintiff Barry Rosen | | | | |
| 101 | Δ | Responses of Barry Rosen to Defendant Stephen E. Pierson's First Demand for Production of Documents | | | JUN 1 3 2013 | |

| Exh. No. | | Description | Objection | Response | Date Mk'd | Date Adm'd |
|---|---|---|---|---|---|---|
| 102 | Δ | Supplemental Responses of Barry Rosen to Defendant Stephen E. Pierson's First Demand for Production of Documents | | | | |
| 103 | Δ | Business Entity Detail printout from the California Secretary of State website relative to Landmark General Corporation | | | | |
| 104 | Δ | Printout from the following URL as it existed on October 19, 2010: http://dejavugallery.com/Autographs/index.php?main_page=advanced_search_results&search_in_description=1&keyword=nolin | | | | |
| 105 | Δ | Printout of Google image search result for "gena lee nolin" | | | | |
| 106 | Δ | Web Design and Maintenance Contract between Déjà vu Gallery and Daniel Designs | | | JUN 1 3 2013 | JUN 1 3 2013 |
| 107 | Δ | Email string from Lin Daniel to Déjà vu Gallery dated February 10, 2012 5:49 PM | | | JUN 1 3 2013 | |

Joint Exhibit List

6

| Exh. No. | | Description | Objection | Response | Date Mk'd | Date Adm'd |
|---|---|---|---|---|---|---|
| 108 | Δ | Email string from Lin Daniel to Chris Marks, et al. dated February 2, 2012 9:00 AM | | | JUN 1 3 2013 | JUN 1 3 2013 |
| 109 | Δ | Email string from Chris Marks to Déjà vu Gallery dated February 01, 2012 7:54 PM | | | | |
| 110 | Δ | Email string from Lin Daniel to Déjà vu Gallery dated December 20, 2010 8:53 AM | | | JUN 1 3 2013 | |
| 111 | Δ | Letter from Time Warner Cable to Barry Rosen dated January 11, 2005 | | | | |
| 112 | Δ | Letter from Déjà vu Enterprises, Inc. to Time Warner Cable dated June 7, 2004 | | | | |
| 113 | Δ | Faxed letter from Déjà vu Enterprises, Inc. to Christine (undated) | | | JUN 1 3 2013 | JUN 1 3 2013 |
| 114 | Δ | Printout from the PACER system displaying all cases in which Barry Rosen was a party in the Central District of California | | | | |

**Joint Exhibit List**

7

| Exh. No. | | Description | Objection | Response | Date Mk'd | Date Adm'd |
|---|---|---|---|---|---|---|
| 115 | Δ | Calendar published by Landmark General Corporation entitled "Gena Lee Nolin 1997 Calendar" [actual physical calendar will be proffered as evidence at trial] | | | | |
| 116 | Δ | Actual physical catalogs will be e proffered as evidence at the trial | | | JUN 1 3 2013 | |
| 117 | Δ | Reserved Brochure | | | JUN 1 3 2013 | |
| 118 | Δ | reserved | | | | |
| 119 | Δ | reserved | | | | |
| 120 | Δ | reserved | | | | |
| 121 | Δ | reserved | | | | |
| 122 | Δ | reserved | | | | |
| 123 | Δ | reserved | | | | |
| 124 | Δ | reserved | | | | |
| 125 | Δ | reserved | | | | |
| 126 | Δ | reserved | | | | |
| 127 | Δ | reserved | | | | |
| 128 | Δ | reserved | | | | |

Dated: April 22, 2013

THE DION-KINDEM LAW FIRM

By:   s/ Peter R. Dion-Kindem
      Peter R. Dion-Kindem, P.C.
      Peter R. Dion-Kindem,
      Attorneys for Plaintiff Barry Rosen

For Plaintiff

a. Barry Rosen JUN 1 3 2013 c/s/t; ΔX

b. Stephen E. Pierson JUN 1 3 2013 c/s/t; ΔX; π's Redirect; Δs ReX; π Redirec

c. Shalem Shem-Tov

2. For Defendant:

a. Stephen E. Pierson JUN 1 3 2013 c/s/t; πX; Δ Redirect; π ReX; Δs Redirect

b. Jason Knopinski

c. Lin Daniel JUN 1 3 2013 c/s/t; πX

d. James Daniel

e. Gena Lee Nolin

f. PMK of Time Warner Cable (believed to be Christine Dzujna)

g. Craig Goldberg

h. Eric Benink

i. PMK of Movie Markets, Inc. (believed to be Paul Parker) JUN 1 3 2013 c/s/t

j. PMK of NetFronts (believed to be Chris Marks)

k. PMK of Landmark General Corporation (name unknown)

Dated: April 22, 2013          THE DION-KINDEM LAW FIRM

                              By:  s/ Peter R. Dion-Kindem
                                   Peter R. Dion-Kindem, P.C.
                                   Peter R. Dion-Kindem,
                                   Attorneys for Plaintiff Barry Rosen

**Joint Witness List**

2