O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARRY ROSEN, | Case No. CV 12-658 CAS (FFMx) |
| Plaintiff, | |
| vs. | **FINAL JUDGMENT** |
| NETFRONTS, INC., ET AL., | |
| Defendants. | |

The Court held a bench trial in this action on June 13, 2013, and on July 9, 2013, the Court entered Findings of Fact and Conclusions of Law. In accordance with the Court's Findings of Fact and Conclusions of Law:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1. Judgment is entered in favor of plaintiff BARRY ROSEN with respect to the first claim for relief for copyright infringement asserted against defendant STEPHEN PIERSON.

2. Defendant STEPHEN PIERSON shall pay statutory damages to plaintiff BARRY ROSEN in the amount of eight hundred dollars ($800).

3. Defendant STEPHEN PIERSON, as well as his agents, servants, employees, affiliates, successors, or assigns, and any person or entity acting on their

1 behalf or in concert or participation with them, are hereby PERMANENTLY
2 ENJOINED from copying, displaying, distributing, marketing, licensing, offering to
3 license, selling, offering to sell, or making any other unauthorized use of the
4 Photographs or any prints of the Photographs during the term of the copyright on the
5 Photographs.

6     4. Each side shall bear its own costs and attorney's fees.

7     5. This Court retains jurisdiction to enforce this judgment.

8 IT IS SO ORDERED.

9 Dated: July 9, 2013

                                            _____
                                            CHRISTINA A. SNYDER
                                            United States District Judge